UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ENRIQUE MONTANO, | ) | CASE NO. 25-11680 |
| | ) | |
| DEBTOR. | ) | HON. DEBORAH L. THORNE |
| | ) | (Kendall County) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Thursday, November 6, 2025, at 9:00 a.m.**, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of the United States Trustee to **Motion To Extend Time To File Objection To Discharge Under 727 And Extend Time To Dismiss,** a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 9362 1728, and no passcode is required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Jeffrey Gansberg
Jeffrey Gansberg, Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327

1

## CERTIFICATE OF SERVICE

I, Jeffrey L. Gansberg,

☒ an attorney, certify - or –

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that on October 23, 2025, I served a copy of this notice, attached motion, and proposed order on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail on all other entities shown at the addresses listed below.

*/s/ Jeffrey L. Gansberg*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Adam G. Brief        Ustpregion11.es.ecf@usdoj.gov
- Manuel A. Cardenas       manuel@manuelcardenas.law, manuelantonio_cardenas@yahoo.com
- Daniel J Winter       trustee@dwinterlaw.com, ecf.alert+Winter@titlexi.com,rebecca@dwinterlaw.com

**Parties Served via First Class Mail:**

Enrique Montano
640 A Rance Rd.
Oswego, IL   60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ENRIQUE MONTANO, | ) | CASE NO. 25-11680 |
| | ) | |
| DEBTOR. | ) | HON. DEBORAH L. THORNE |
| | ) | (Kendall County) |

**MOTION TO EXTEND TIME TO FILE OBJECTION TO
DISCHARGE UNDER 727 AND EXTEND TIME TO DISMISS**

NOW COMES ADAM G. BRIEF, the Acting United States Trustee for the Northern District of Illinois, by his attorney, Jeffrey L. Gansberg, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Enrique Montano (the "Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

3. On July 31, 2025 (the "Petition Date"), the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same date, Daniel Winter was appointed Chapter 7 Trustee (the "Trustee") in the Debtor's case. The last date for parties to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for October 27, 2025.

4. The 341 meeting of creditors (the "341 Meeting") was originally scheduled for August 27, 2025. The Trustee has not filed a Report of No Distribution.

5. The Debtor's Schedule A/B lists total personal property in the amount of $12,961. Debtor's Amended Schedule E/F lists total priority and nonpriority unsecured debt in the amount of $83,318.91.

6. Debtor's Schedule I lists gross monthly income of $6,563.46. After deductions, Debtor's net monthly income is $3,566.62. According to Schedule J, the Debtor has monthly expenses of $3,560.

7. On October 17, 2025, an Adversary Complaint was filed against Debtor by Jorge Alejandro Rojas. The Complaint alleges possible fraudulent transfers and false claims listed on the Debtor's bankruptcy schedules. The U.S. Trustee requires additional time to investigate the facts underlying those allegations.

8. A party in interest must object to a debtor's discharge under Section 727 of the Bankruptcy Code or move to dismiss a debtor's case under Section 707(b) no later than 60 days after the first date set for the meeting of creditors under Section 341. *See* Fed. R. Bankr. P. 4004(a); Fed. R. Bankr. P. 1017(e)(1). Rule 4004(b)(1) of the Federal Rules of Bankruptcy Procedure provides that, on motion of a party in interest, the court may for cause extend the time to object to a debtor's discharge. *See* Fed. R. Bankr. P. 4004(b)(1). Similarly, Rule 1017(e)(1) provides that a party in interest may file a motion requesting that the court for cause extend the time to file a motion to dismiss. *See* Fed. R. Bankr. P. 1017(e)(1). The term "for cause" in Rule 1017(e)(1) ust be read in conjunction with the "for cause" provision in Rule 4004(b), and the same factors establish cause for an extension in both contexts. *See In re Bomarito*, 448 B.R. 242, 248 (Bankr. E.D. Cal. 2011).

2

9.   Based on the above, the U.S. Trustee requests additional time to investigate the veracity and completeness of the Debtor's petition, schedules, SOFA, and testimony given at the meeting of creditors in order to determine whether cause exists to file an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b).

WHEREFORE, the U.S. Trustee requests this Court extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) and for filing a motion to dismiss the Debtor's case under § 707(b) through and including December 19, 2025, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

ADAM G. BRIEF
ACTING UNITED STATES TRUSTEE

Dated: October 23, 2025              By: */s/ Jeffrey L. Gansberg*
                                     Jeffrey L. Gansberg, Attorney
                                     OFFICE OF THE U.S. TRUSTEE
                                     219 South Dearborn Street, Room 873
                                     Chicago, Illinois 60604
                                     (312) 886-3327