UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 25-11680
ENRIQUE MONTANO,  )
 )  Chapter: 7
 )  Honorable Deborah L. Thorne
 )  Joliet
Debtor(s)  )

### ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND FILE MOTION TO DISMISS

This matter coming before the Court on the Motion of the United States Trustee to Extend Time to Object to Discharge and Extend Time to Dismiss, the United States Trustee representing that due notice has been given, and the Court being fully advised, IT IS HEREBY ORDERED that:

1. The motion is granted.

2. The last day for the U.S. Trustee to file a complaint objecting to Debtor's discharge is extended to and including December 19, 2025.

3. The last day for the U.S. Trustee to file a motion to dismiss under 11 U.S.C. § 707 is extended to and including December 19, 2025.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 06, 2025

**Prepared by:**

Jeffrey L. Gansberg, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 886-3327