UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ENRIQUE MONTANO, | ) | CASE NO. 25-11680 |
| | ) | |
| DEBTOR. | ) | HON. DEBORAH L. THORNE |
| | ) | (Kendall County) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, December 4, 2025 at 9:00 a.m.**, I will appear before the **Honorable Deborah L. Thorne**, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of the United States Trustee for **Rule 2004 Examination of the Debtor,** a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **160 9362 1728**, and no passcode is required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

*/s/ Jeffrey Gansberg*
Jeffrey Gansberg, Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327
jeffrey.l.gansberg@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I, Jeffrey L. Gansberg, Trial Attorney, certify that on November 25, 2025, I caused to be served copies of the **Notice of Motion, Motion of the United States Trustee for Rule 2004 Examination of Debtor, Proposed Order, and Exhibit A** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail on all other entities shown at the addresses listed below.

                                                         */s/ Jeffrey L. Gansberg*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Adam G. Brief     Ustpregion11.es.ecf@usdoj.gov
- Manuel A. Cardenas     manuel@manuelcardenas.law, manuelantonio_cardenas@yahoo.com
- Jeffrey L. Gansberg     jeffrey.l.gansberg@usdoj.gov
- Daniel J Winter     trustee@dwinterlaw.com, ecf.alert+Winter@titlexi.com,rebecca@dwinterlaw.com

**Parties Served via First Class Mail:**

Enrique Montano
640 A. Rance Rd.
Oswego, IL  60543

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ENRIQUE MONTANO, | ) | CASE NO. 25-11680 |
| | ) | |
| DEBTOR. | ) | HON. DEBORAH L. THORNE |
| | ) | (Kendall County) |

**<u>MOTION RULE 2004 EXAMINATION OF THE DEBTOR</u>**

NOW COMES ADAM G. BRIEF, the Acting United States Trustee for the Northern District of Illinois, by his attorney, Jeffrey L. Gansberg, and moves the Court to enter an order authorizing an examination of Enrique Montano (the "Debtor") pursuant to Fed. R. Bankr. P. 2004. In support of his request, the United States Trustee states the following:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Bankruptcy Rule 9013-9.

3. Movant is the U.S. Trustee and he brings this motion pursuant to Fed. R. Bankr. P. 2004.

4. On July 31, 2025 (the "Petition Date"), the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same date, Daniel Winter was appointed Chapter 7 Trustee (the "Trustee") in the Debtor's case. The U.S. Trustee has extended the last date for parties to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 to December 19, 2025.

1

5. The 341 meeting of creditors (the "341 Meeting") was originally scheduled for August 27, 2025. On November 6, 2025 the Trustee filed a Report of No Distribution.

6. The Debtor's Schedule A/B lists total personal property in the amount of $12,961. Debtor's Amended Schedule E/F lists total priority and nonpriority unsecured debt in the amount of $83,318.91.

7. Debtor's Schedule I lists gross monthly income of $6,563.46. After deductions, Debtor's net monthly income is $3,566.62. According to Schedule J, the Debtor has monthly expenses of $3,560.

8. On October 17, 2025, an Adversary Complaint was filed against Debtor by Jorge Alejandro Rojas. The Complaint alleges possible fraudulent transfers and false claims listed on the Debtor's bankruptcy schedules.

9. The U.S. Trustee seeks to verify the accuracy of the Debtor's Petition, Schedules, statement of financial affairs, and testimony given at the 341 Meeting to determine, among other things, whether cause exists to file an objection to discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b). The U.S. Trustee needs to review documents and elicit testimony from the Debtor under Federal Rule of Bankruptcy Procedure 2004(c), which may include the production of documents and attendance at an examination.

10. The U.S. Trustee requests Court authority to serve the Debtor with the subpoena attached hereto as **Exhibit A**.

WHEREFORE, the U.S. Trustee requests the Court to enter an order authorizing him to conduct an examination of the Debtor under Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

ADAM G. BRIEF
ACTING UNITED STATES TRUSTEE

Dated: November 25, 2025         By: */s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327
jeffrey.l.gansberg@usdoj.gov