# RIDER TO RULE 2004 SUBPOENA
*Enrique Montano,* Case No. 25-11680

## DEFINITIONS

As used herein, the following terms will have the meanings set forth below:

(a) The term "**Debtor**" shall mean Enrique Montano, and all of his agents or representatives.

(b) "**Communication**" shall mean any transmittal of information, including phone calls, voicemails, social media posts, letters, emails, text messages (including SMS messages, instant messages or other communication from third party apps, such as WhatsApp, GroupMe, Facebook Messenger), call records, voice memos, and any documented verbal communications.

(c) "**Document**" or "**documents**" means and is intended to have the broadest possible meaning and includes any writings whatsoever, whether written, typed, printed, photographic, recorded, or stored by any electronic or computerized form or otherwise preserved by any means, whether draft or final, and whether original or reproduced. electronic transmissions, e-mails and attachments thereto, computerized records, facsimiles, invoices drawings, reports, records, notes, instructions, memoranda, drafts (whether or not they resulted in a final document), audio recordings, billing statements (including drafts), communications, correspondence, contracts, graphs, charts, photographs, filings, forms, journals, ledgers, letters, lists, minutes, notations, notes, opinions, orders, pamphlets, papers, publications, receipts, summaries, screenshots, social media posts, telegrams, telephone records, text messages, video recordings, voicemail messages, disks, tapes, compact disks, transcripts of oral conversations or statements however made, paper, and forms filed with courts or other governmental bodies, notices, messages, calendar and diary entries, or any other memoranda.

**Exhibit A**

## DOCUMENTS TO BE PRODUCED

Please produce the following documents in PDF format and submit via email (or emails) to Jeffrey.L.Gansberg@usdoj.gov organized by the numbered request with the case name and number in the subject line, with a complete inventory of the documents produced. In the event the Debtor does not have any documents for a particular request, please provide an affidavit stating as such (if the Debtor is unable to provide the documents via email(s), please contact Jeffrey Gansberg for additional production procedures):

1. Complete copies of the Debtor's federal and state income tax returns (complete with any schedules, attachments and/or worksheets), estimated tax filings, wage statements, W-2s, 1099s, Form K-1s, and any other evidence of earned income, salary, bonuses and/or commissions for 2023, 2024, and year to date 2025.

2. Complete copies of all monthly or quarterly account statements for any and all financial accounts including, but not limited to, bank accounts, investment type accounts, retirement accounts, health saving accounts, or any other financial accounts, electronic or otherwise (e.g., PayPal, Cryptocurrency, Zelle, Stocks, Treasury bills, Short-term bonds, etc.) in which the Debtor held or holds a direct <u>or</u> indirect interest or controlled from January 1, 2023 to the date of this subpoena, including accounts for every entity in which the Debtor holds or held an ownership interest, or which the Debtor controls or controlled directly or indirectly.

3. Complete copies of all insurance policies (*e.g.*, life, vehicle, property, or professional liability, etc.) including all riders, which the Debtor had in effect or was a named insured or beneficiary both personally or related to any of the Debtor's businesses subsequent to January 1, 2023.

4. Complete copies of all contracts, leases, and/or other agreements that the Debtor had regarding any vehicles, real estate, or other property covering any period subsequent to January 1, 2023.

5. Complete copies of all tax documents, including K-1 documents, provided to you by any business or entity for which you are an owner, in any capacity, or which you control or controlled directly or indirectly regardless of your ownership percentage, at any time through the date of this subpoena.

6. Complete copies of any document evidencing a transfer of any business or the control of any business, or any portion thereof, to you at any time through the date of this subpoena.

7. Complete copies of any document evidencing a transfer of any business or the control of any business, or any portion thereof, that you made at any time from January 1, 2022, through the date of this subpoena.

8. Complete copies of the corporate records, including financial statements, for any corporation, partnership, limited liability company, sole proprietorship, or other business for which

the Debtor owned in excess of 51% or had management or decision-making authority from January 1, 2021, through the date of this subpoena.

9. Complete copies of the tax returns for any corporation, partnership, limited liability company, or other business for which the Debtor owned in excess of 51% or had management or decision-making authority for tax years 2022, 2023, and 2024.

10. Copies of all records related to any wins or losses from any casino during 2023, 2024, and 2025 through the date of this subpoena.

11. Copies of all professional licenses held by the Debtor.

12. Copies of the complaints, and all amendments, filed in the litigation you included in your Statement of Financial Affairs and any undisclosed litigation.

13. Copies of any judgments entered against you in any litigation you included in your Statement of Financial Affairs and any undisclosed litigation.

14. Copies of your response to any citation to discover assets issued to you from January 1, 2023 through the date of this subpoena.

15. Copies of all documents supporting the scheduled $160 in personal care products and services expenses per month.

16. Copies of all documents supporting the scheduled $120 in clothing, laundry, and dry cleaning expenses per month.

17. Copies of all documents supporting your including a dependent on your schedules.

18. Copies of all documents that support your claimed $933.83 deduction from income for a "Wage Garnishment."

19. Copies of all documents related to your claimed $523.77 deduction from income for "Voluntary contributions for retirement plans."

20. A complete copy of the Debtor's credit report from either Transunion, Equifax or Experian obtained within the last 90 days. (Note: 1 free annual credit report from each of the 3 credit bureaus is available through [www.annualcreditreport.com](www.annualcreditreport.com)).