UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ENRIQUE MONTANO,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 25-11680<br><br>Chapter: 7<br>Honorable Deborah L. Thorne<br>Joliet |

## ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR

This matter coming before the Court for a hearing on the motion of the U.S. Trustee for Rule 2004 Examination of the Debtor, the Movant representing that due notice has been given, and the Court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted as set forth herein.

2. The U.S. Trustee may request documents pursuant to Fed. R. Bankr. P. 2004.

3. The U.S. Trustee may conduct an examination of the Debtor pursuant to Fed. R. Bankr. P. 2004.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 04, 2025

**Prepared by:**

Jeffrey L. Gansberg, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327