1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| ENRIQUE MONTANO | ) | |
| | ) | CASE NO. 25-11680 |
| | ) | |
| | ) | HONORABLE DEBORAH THORNE |
| DEBTOR. | ) | |

**CERTIFICATION OF ANDREW HUNT IN SUPPORT
OF MOTION TO DISMISS CHAPTER 7 CASE**

I, Andrew Hunt, hereby certify and state:

1.  I am an Auditor for the United States Trustee (UST) for the Northern District of Illinois (the "U.S. Trustee"), and I am duly authorized to submit this Certification in support of the U.S. Trustee's Motion to Dismiss Chapter 7 Case pursuant to 11 U.S.C. § 707(b) (the "Motion to Dismiss").

2.  I have a B.A. in Business Administration, Concentration in Accounting (*cum laude*) from Morehouse College, Atlanta, GA, and, I am a Certified Public Accountant.  I have the following professional experiences relevant to my review described in this Certification: Audit Manager Payroll and Payables Chicago Public Schools, Tax Preparer, Auditor with Deloitte & Touche LLP, and, Auditor for the United States Postal Service Officer of Inspector General.

**THE U.S. TRUSTEE'S ANALYSIS PURSUANT TO 707(b)(3)**

3.  The Debtor contributes $524 per month to a voluntary retirement plan. "Bankruptcy courts, while recognizing that saving money for retirement is a prudent investment, have consistently held that debtors should not pay themselves at the expense of creditors (Parada, 391 B.R. at 502)." Therefore, we reduced the payroll deduction to $0 and determined that Line 5c (voluntary retirement contributions) is overstated by $524.

2

4.       The Debtor included a wage garnishment of $934 in his calculation of current monthly income. The garnishment represents payment of an unsecured debt and should not be given priority above other unsecured creditors. Therefore, we reduced the payroll deduction to $0 and determined that Line 5h (wage garnishment) is overstated by $934.

5.       Based on the UST's analysis, the Debtor's current monthly income is understated by $1,458 and monthly net income is understated by the same. The resultant Monthly Net Income is $1,464 which represents $52,704 ($1,464*36 months) available to pay unsecured creditors over a 3-year period. This would represent a plan of approximately 70 percent ($52,704/$76,170 in unsecured debt) for the Debtor.

6.       I am personally familiar with all of the statements made herein.


I certify under penalty of perjury under the laws
of the United States of America that the foregoing
is true and correct pursuant to 28 U.S.C. § 1746.



Executed on this 11th day of March, 2026 in Chicago, Illinois.


ANDREW HUNT
Digitally signed by ANDREW HUNT
Date: 2026.03.11 13:55:50 -05'00'

_____

Andrew Hunt

**Exhibit "A"**
**U. S. Trustee's Analysis Of The Debtor's Schedules I and J**

**Montano**

**25-11680**

| | Debtor Schedule I & J | UST 707b3 Analysis | (Understated) Overstated | Notes |
|---|---|---|---|---|
| Gross Wages, Salary, and Commissions | $6,563 | $6,563 | $0 | |
| 5c. Voluntary Retirement Contributions | $524 | $0 | $524 | 1* |
| 5h. Wage Garnishment | $934 | $0 | $934 | 2* |
| Other Payroll Deductions | $1,539 | $1,539 | $0 | |
| **Total Payroll Deductions** | $2,997 | $1,539 | $1,458 | |
| **Current Monthly Income** | **$3,566** | **$5,024** | **($1,458)** | 3* |
| **Schedule J Expenses** | **$3,560** | **$3,560** | **$0** | 3* |
| **Monthly Net Income** | **$6** | **$1,464** | **($1,458)** | 3* |

**1*** The Debtor contributes $524 per month to a voluntary retirement plan. "Bankruptcy courts while recognizing that saving money for retirement certainly is a prudent investment have consistently held that debtors should not be permitted to pay themselves money at the expense of creditors *Parada* , 391 B.R. at 502." Therefore, we reduced the payroll deduction to $0 and determined that Line 5c voluntary retirement contributions are overstated by $524.

**2*** The Debtor included a wage garnishment of $934 in his calculation of current monthly income. The garnishment represents payment of an unsecured debt and should not be given priority above other unsecured creditors. Therefore we reduced the payroll deduction to $0 and determined that Line 5h wage garnishment was overstated by $934.

**3*** Based on the UST's calculations the Debtor's current monthly income is understated by the $1,458 and monthly net income is understated by the same. The resultant Monthly Net Income is $1,464 which represents funds available to execute a payment plan to unsecured creditors.

**Exhibit A**