**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:  Enrique Montano** | ) | **Chapter 7** |
| | ) | **Case No. 25-11680** |
| | ) | |
| | ) | **Judge: Deborah L. Thorne** |
| **Debtor(s)** | ) | (Will County) |

**NOTICE OF MOTION**

TO: See attached list

     PLEASE TAKE NOTICE that on April 22, 2026, at 9:30 am, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, either in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion to Convert from Chapter 7 to Chapter 13, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 9362 1728, and there is no passcode. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                By: Manuel A Cardenas

                                            Manuel Cardenas & Associates

2059 North Western Avenue
Chicago, IL 60647
773.227.6858 Phone
773.227.6088 Fax
manuel@manuelcardenas.law
A.R.D.C. 6228970

## Certification of Service

The undersigned, an attorney, certifies that he transmitted a copy of this notice to the Attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 2059 North Western Avenue, Chicago, Illinois 60647 on March 25, 2026.  Furthermore, I certify that Adam G. Brief and Trustee Daniel J. Winter were notified via ECF notification on March 25, 2026.

/s/ **Manuel A. Cardenas**
**Manuel A. Cardenas**
**Manuel A. Cardenas & Associates, P.C.**
**2059 North Western Avenue**
**Chicago, Illinois 60647**
**(773) 227-6858**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:  Enrique Montano** | ) | **Chapter 7** |
| | ) | **Case No. 25-11680** |
| | ) | |
| | ) | **Judge: Deborah L. Thorne** |
| **Debtor(s)** | ) | (Will County |

## MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13

Now Comes the Debtor(s) and moves this Court to convert the above-captioned bankruptcy matter from a Chapter 7 to 13 pursuant to the provisions of 11 U.S.C. § 706.

1. On July 31, 2025, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. The 341 meeting of creditors was held on August 27, 2025, and was continued five (5) times.

3. USTE filed a Motion to Dismiss for the Debtor being ineligible for a Chapter 7 due to Abuse under §707(b).

4. Debtor is seeking to convert the case from Chapter 7 to Chapter 13 pursuant to 11 U.S.C. § 706

5. Plan payments would be approximately $1,464.00 per month for 36 months, with GUC receiving 70% dividends for a total payment of $52,704.00 to GUC.

6. Debtor is eligible to be in Chapter 13 and Debtor's attorney will file the appropriate amendments and a Chapter 13 plan if the Motion to Convert is granted.

7. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code and for any relief this Court find equitable and just.

/s/ *Manuel A. Cardenas*
MANUEL A. CARDENAS
Attorney for Debtor


Manuel Cardenas & Associates
2059 North Western Avenue
Chicago, IL 60647
773.227.6858 Phone
773.227.6088 Fax
manuel@manuelcardenas.law
A.R.D.C. 6228970