# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 4/29/2026 |
| Case: 25−11680 | Form ID: 309I | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Enrique Montano        640A Rance Rd        Oswego, IL 60543
ust     Adam G. Brief       Office of the U. S. Trustee, Region 11        219 South Dearborn        Room
873        Chicago, IL 60604
tr      Glenn B Stearns        801 Warrenville Road Suite 650        Lisle, IL 60532
aty     Alexander Tynkov        Zalutsky & Pinski, Ltd        111 West Washington        Suite 1550        Chicago, IL
60602
aty     Jeffrey L. Gansberg        DOJ−Ust        219 S. Dearborn        Ste 873        Chicago, IL 60604
aty     Manuel A. Cardenas        Manuel A. Cardenas and Associates, P.C.        2059 North Western
Avenue        Chicago, IL 60647
31566405     Collection Professionals, Inc        C/O Robert B. Steele        PO Box 517        La Salle, IL 61301
31566406     David Dickinson        551 Rance Road        Oswego, IL 60543
31588337     Envios Sin Frontera LLC        Yolanda Salazar        4056 W 26th St        Chicago, IL 60623
31566407     Ingrid Dickinson        551 Rance Road        Oswego, IL 60543
31566408     Jorge Alejandro Rojas        557 Cambridge Way        Bolingbrook, IL 60440
31566409     Jpmcb        MailCode LA4−7100        700 Kansas Lane        Monroe, LA 71203

TOTAL: 12