**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:  Enrique Montano** | ) | **Chapter 13** |
| | ) | **Case No. 25-11680** |
| | ) | |
| | ) | **Judge: Deborah L. Thorne** |
| **Debtor(s)** | ) | |

**AMENDED NOTICE OF MOTION AND APPLICATION FOR COMPENSATION FOR
MANUEL A. CARDENAS, DEBTOR'S ATTORNEY**

TO: See attached list

PLEASE TAKE NOTICE that on August 19, 2026, at 10:30 am, I will appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, either in courtroom 682 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604 **or** electronically as described below, and present the motion of Application for Compensation for Manuel A. Cardenas, Debtor's Attorney, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 414 7941** and there is no Passcode required**.** The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ Manuel A. Cardenas
**Manuel A. Cardenas**
**Manuel A. Cardenas & Associates, P.C.**
**2059 North Western Avenue**
**Chicago, Illinois 60647**
**(773) 227-6858**


### Certification of Service

The undersigned, an attorney, certifies that he transmitted a copy of this notice to the Attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 2059 North Western Avenue, Chicago, Illinois 60647 on July 28, 2026. Furthermore, I certify that Jorge Alejandro Rojas, Adam G. Brief, and Trustee Glenn B. Stearns were notified via ECF notification on July 28, 2026.

/s/ Manuel A. Cardenas
**Manuel A. Cardenas**
**Manuel A. Cardenas & Associates, P.C.**
**2059 North Western Avenue**
**Chicago, Illinois 60647**
**(773) 227-6858**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:  Enrique Montano** | ) | **Chapter 13** |
| | ) | **Case No. 25-11680** |
| | ) | |
| | ) | **Judge: Deborah L. Thorne** |
| **Debtor(s)** | ) | |

**AMENDED MOTION AND APPLICATION FOR COMPENSATION FOR MANUEL A. CARDENAS, DEBTOR'S ATTORNEY**

NOW COMES the Debtor's Attorney, Manuel A. Cardenas, by and through the law firm of Law Office of Manuel A. Cardenas and Associates, and hereby moves this Honorable Court to Grant the Motion and Application for Compensation for Manuel A. Cardenas, Debtor's Attorney, the Debtor's Attorney state the following:

1. On April 28, 2026, the Debtor filed a petition for relief pursuant to Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §1334 & 157.  This is a core proceeding pursuant to 28 U.S.C §157.

3. The Debtor's Plan has not yet been confirmed. The Debtor's 341 meeting was held on May 26, 2026. The Debtors' confirmation hearing is scheduled for August 19, 2026, the same date and time this Application for Compensation is to be heard. Attached as Exhibit

A is the Notice of Filing that was sent to all creditors in this case.

4. Debtor and Debtor's attorney entered into the Court-Approved Retention Agreement on July 27, 2026. (Exhibit B)

5. Debtor's attorney has agreed to represent the Debtors for a flat fee of $4,500. Attached as Exhibit C is the form 2030.

6. Debtors' attorney wishes to have this Application for Compensation to be granted so that the Chapter 13 Trustee can dispurse on the attorney fees pursuant to Part 4.3 of the Chapter 13 Plan.

WHEREFORE, the Debtor's Attorney request that the court grant the Motion and Application for Compensation for Manuel A. Cardenas, Debtor's Attorney, any other relief that this Court finds equitable and just.

**Respectfully Submitted,**

**/s/Manuel A. Cardenas**
**Manuel A. Cardenas**
**Manuel A. Cardenas & Associates, P.C.**
**2059 North Western Avenue**
**Chicago, Illinois 60647**
**(773) 227-6858**